**CEM**

**FILED**
**FEBRUARY 18, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 1000**

In the Matter of                                         Case Number:

CHICAGO REGIONAL COUNCIL OF CARPENTERS
vs.
THE BOLDT COMPANY

**JUDGE SHADUR**
**MAGISTRATE JUDGE VALDEZ**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CHICAGO REGIONAL COUNCIL OF CARPENTERS, Plaintiff

| |
|---|
| NAME (Type or print)<br>Travis J. Ketterman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Travis J. Ketterman |
| FIRM<br>Whitfield McGann & Ketterman |
| STREET ADDRESS<br>111 E. Wacker Drive, Suite 2600 |
| CITY/STATE/ZIP<br>Chicago, IL |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6237433 | TELEPHONE NUMBER<br>(312) 251-9700 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |