ClientCaseID: N7607
CaseID: 179914
Law Firm ID: WHITFIEL


*179914A*

CaseReturnDate: 3/19/08

Affidavit of Special Process Server

## UNITED STATES DISTRICT COURT

Case Number **08C1000**

I, MICHAEL J. BECKER
FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT.

THAT HE SERVED THE WITHIN   'SUMMONS AND COMPLAINT
ON THE WITHIN NAMED DEFENDANT     THE BOLDT COMPANY

( ) PERSONAL SERVICE: IN THAT I PERSONALLY DELIVERED THE PROCESS TO THE DEFENDANT.

( ) ABODE/SUBSTITUTE SERVICE:
I SERVED A MEMBER OF HOUSEHOLD 13 YEARS OF AGE OR OLDER AT THE DEFENDANTS USUAL PLACE OF ABODE AND INFORMED THAT PERSON OF THE CONTENTS THEREOF AND FURTHER MAILED A COPY OF THE SUMMONS OR PROCESS IN A SEALED ENVELOPE WITH POSTAGE PREPAID TO THE DEFENDANT, AT HIS USUAL PLACE OF ABODE WITHIN TWO BUSINESS DAYS OF THE SERVICE.

(✓) CORPORATE SERVICE: IN THAT I SERVED THE DEFENDANT CORPORATION BY LEAVING COPY OF THE PROCESS WITHIN THE PERSON LISTED BELOW  MICHELLE GALWINSKI - GENERAL ACCOUNTING MN

( ) UNABLE TO SERVE/NON SERVICE AFFIDAVIT: I WAS UNABLE TO SERVE THE DEFENDANT

Date Of Service: 3-13-08    Time of Service: 3:35 pm    Date Of Mailing
PERSON SERVED
Age 50    Sex F    Race WHITE    Height 5'6"    Build MED.    Hair BLONDE

LOCATION OF SERVICE    2525 N. Roemer Rd.
Appleton, WI, 54912

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

AGENCY NAME: OUTSIDE AGENCY    NAME OF SERVER:    DATE: 3-14-08
Michael Becker + Assoc.    MICHAEL J. BECKER
ADDRESS:
CITY: Menasha
ST: WI    ZIP: 54952
PHONE: (920) 720-5615

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 3-13-08 |
| NAME OF SERVER (PRINT) MICHAEL J. BECKER | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: THE BROOT CO.
2525 N. ROEMER Rd. Appleton WI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-14-08
Date

Signature of Server   Michael J. Becker

Address of Server  1169 Wonse Ave Menasha WI

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.