### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS ) | |
| ) | CIVIL ACTION |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:08-cv-1000 |
| ) | |
| THE BOLDT COMPANY ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF INTEREST

The undersigned counsel of record for the Defendant furnishes the following declaration in compliance with L.R. 3.2.

1.   The Boldt Company is a corporation and does not have any publicly held affiliates.

Dated this 2nd day of April, 2008.

KRUKOWSKI & COSTELLO, S.C.

s/Timothy G. Costello
Timothy G. Costello
*Bar No. 90785890*
Brian M. Radloff
*Bar No. 1035980*
7111 West Edgerton Avenue
Milwaukee, WI 53220
Telephone: (414) 423-1330
Facsimile: (414) 423-8755
E-Mail: tgc@kclegal.com
E-Mail: bmr@kclegal.com
ATTORNEYS FOR DEFENDANT
THE BOLDT COMPANY

124123-91015/35