**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS ) | |
| ) | CIVIL ACTION |
| Plaintiff, ) | |
| v.  ) | CASE NO. 1:08-cv-1000 |
| ) | |
| THE BOLDT COMPANY ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 2, 2008, I electronically filed, on behalf of Defendant, The Boldt Company, a Notice of Appearance of Timothy G. Costello and Brian M. Radloff, Answer and Affirmative Defenses, Certificate of Interest and Certificate of Service with the Clerk of Court using the ECF system which will send notification of such filing to counsel for the Plaintiff.

    Collins P. Whitfield (#3004937)
    Travis J. Ketterman (#6237433)
    Whtfield McGann & Ketterman
    111 West Wacker Drive, Suite 2600
    Chicago, Illinois 60601
    Ph: 312-251-9700
    Fax: 3312-251-9701
    tketterman@whitfield-mcgann.com
    cwhitfield@whitfield-mcgann.com

Dated at Milwaukee, Wisconsin, this 2nd day of April, 2007.

                                s/Timothy G. Costello
                                  Timothy G. Costello
                                  *Bar No. 90785890*
                                  E-Mail: tgc@kclegal.com
                                  Brian M. Radloff
                                  *Bar No. 1035980*
                                  E-Mail: bmr@kclegal.com
                                  Krukowski & Costello, S.C.

                7111 West Edgerton Avenue
                Milwaukee, WI 53220
                Telephone: (414) 423-1330
                Facsimile: (414) 423-8755

                **ATTORNEYS FOR DEFENDANT**
                **THE BOLDT COMPANY**

124228
91015/35