**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Chicago Regional Council of Carpenters

                Plaintiff,

v.                                          Case No.: 1:08–cv–01000
                                          Honorable Milton I. Shadur

Boldt Company

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 4, 2008:

       MINUTE entry before Judge Honorable Milton I. Shadur:Enter Memorandum Order. Boldt's counsel are ordered to file a self–contained Amended Answer and ADs as called for by this memorandum order on or before April 16, 2008. This Court leaves it to Boldt's counsel to determine whether the required supplemental filing in connection with the ADs can be presented within the same time frame.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.