**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS  )<br>  )<br>                    Plaintiff,  )<br>       v.  )<br>  )<br>THE BOLDT COMPANY  )<br>  )<br>                    Defendant.  )  | CIVIL ACTION<br><br>CASE NO. 1:08-cv-1000 |

**CERTIFICATE OF SERVICE**

     I hereby certify that on April 16, 2008, I electronically filed, on behalf of Defendant, The Boldt Company, an Amended Answer and Affirmative Defenses and Certificate of Service with the Clerk of Court using the ECF system which will send notification of such filing to counsel for the Plaintiff.

     Collins P. Whitfield (#3004937)
     Travis  J. Ketterman (#6237433)
     Whtfield McGann & Ketterman
     111 West Wacker Drive, Suite 2600
     Chicago, Illinois 60601
     Ph: 312-251-9700
     Fax: 3312-251-9701
     tketterman@whitfield-mcgann.com
     cwhitfield@whitfield-mcgann.com

Dated at Milwaukee, Wisconsin, this 16th day of April, 2007.

                                             s/Timothy G. Costello
                                               Timothy G. Costello
                                               *State Bar No. 01005059*
                                               E-Mail:  bmr@kclegal.com
                                               Krukowski & Costello, S.C.
                                               7111 West Edgerton Avenue
                                               Milwaukee, WI 53220
                                               Telephone: (414) 423-1330
                                               Facsimile: (414) 423-8755
                                           **ATTORNEYS FOR DEFENDANT**
124410/91015-35                                    **THE BOLDT COMPANY**